UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Paul Holowecki, Patrick Kennedy, Donna M. :
Lewis, Charles Moncalieri, Phyllis Nelson,
Steven Almendarez, Kelly L. Martinez, Kevin : Case No. 02 CV 3355 (JSR)
McQuillan, Kenneth G. Mutchler, George
Robertson and Nancy Thompics, Individually :
and on Behalf of All Others Similarly Situated, **NOTICE OF MOTION FOR**
: **SUMMARY JUDGMENT**
                Plaintiffs,
:
  - against -
:
FEDERAL EXPRESS CORPORATION,
:
                Defendant.
:
-------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon its Rule 56.1 Statement and Exhibits annexed thereto, its Memorandum of Law, and its supporting affidavits, and upon all prior pleadings and proceedings heretofore had herein, Defendant Federal Express Corporation ("FedEx") will move this Court, pursuant to Fed. R. Civ. P. 56, for an Order dismissing the claims of each plaintiff on the grounds that: (1) no evidence exists to establish that any adverse employment action has occurred with respect to any plaintiff currently employed by FedEx or who resigned voluntarily his or her employment with FedEx; and (2) that no evidence of pretext that would suggest an adverse employment decision based on age exists.

    In accordance with the schedule established by the Court, the moving papers of FedEx shall be served and filed by May 11, 2007, plaintiffs' answering papers shall be served and filed by May 25, 2007, and FedEx's reply papers shall be served and filed by June 1, 2007. Oral argument of the motion will be conducted at the final pretrial conference to be held on June 11, 2007 at 4 p.m.

Dated:    New York, New York
           May 4, 2007

                                                CLYDE & CO US LLP

                                       By _____
                                            Christopher Carlsen (CC 9628)

                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, New York 10074
                                            (212) 710-3930

                                                           -and-

                                            Edward J. Efkeman, Esq.
                                            Senior Counsel – Litigation
                                            Federal Express Corporation
                                            3620 Hacks Cross Road
                                            Building B, 3rd Floor
                                            Memphis, TN 38125
                                            (901) 434-8555

                                            Attorneys for Defendant
                                            Federal Express Corporation

To:    David L. Rose, Esq.
        Rose & Rose
        1320 19th Street, NW, Suite 601
        Washington, DC 20036

        Attorneys for Plaintiffs

Dated:    New York, New York
           May 4, 2007

                                            CLYDE & CO US LLP

                                         By _____
                                            Christopher Carlsen (CC 9628)

                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, New York 10074
                                            (212) 710-3930

                                                     -and-

                                            Edward J. Efkeman, Esq.
                                            Senior Counsel – Litigation
                                            Federal Express Corporation
                                            3620 Hacks Cross Road
                                            Building B, 3rd Floor
                                            Memphis, TN 38125
                                            (901) 434-8555

                                            Attorneys for Defendant
                                            Federal Express Corporation

To:    David L. Rose, Esq.
        Rose & Rose
        1320 19th Street, NW, Suite 601
        Washington, DC 20036

        Attorneys for Plaintiffs

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

    Melissa Vorozilchak, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in New York, New York. On May 4, 2007, deponent served the within **NOTICE OF MOTION FOR SUMMARY JUDGMENT** upon:

David L. Rose, Esq.
Rose & Rose
1320 19th Street, NW, Suite 601
Washington, DC 20036

    The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Melissa Vorozilchak

Sworn to before me this
4th day of May, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009