UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 45

------------------------------------------------

Holowecki, et al

US Supreme Court # 06-1322

SDNY NO. 02cv3355
JUDGE: JSR
DATE: 9/17/ 2007

-v-

Federal Express Corporation
------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------------

DOCUMENTS                                                                                  DOC#

Clerk's Certificate

See Attached List of Numbered Documents

All Documents Included


( √ ) Original Record                                           (_____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the ___17th___ Day of ___September___, 2007.

**United States District Court for
the Southern District of New York**

---

Holowecki, et al

-V-

Federal Express Corporation

---

Date: 9/17/ 2007
U.S. Supreme Court # 06-1322
U.S.D.C. # ~~03cv5086~~ 02cv3355

D.C. JUDGE ~~JBS~~ JSR

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through 44 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this  17th  Day of  September  In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd  year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

REOPEN, SUSPENSE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:02-cv-03355-JSR
#### Internal Use Only

Holowecki, et al v. Federal Express  
Assigned to: Judge Jed S. Rakoff  
Demand: $0  
Case in other court: U.S.C.A. 2nd Cir., 04-03376-cv  
Cause: 29:621 Job Discrimination (Age)

Date Filed: 04/30/2002  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Paul Holowecki**  
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**  
Rose & Rose, P.C.  
1320 19th Street Northwest  
Suite 601  
Washington, DC 20036  
(202) 331-8555  
*LEAD ATTORNEY*

**David M. Wachtel**  
Rose & Rose, P.C.  
1320 19th Street Northwest  
Suite 601  
Washington, DC 20036  
(202) 331-8555  
*LEAD ATTORNEY*

**Linda Y. Sroufe**  
Rose & Rose, P.C.  
1320 19th Street Northwest  
Suite 601  
Washington, DC 20036  
(202) 331-8555  
*LEAD ATTORNEY*

**Plaintiff**

**Patricia Kennedy**  
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**  
(See above for address)  
*LEAD ATTORNEY*

**David M. Wachtel**  
(See above for address)  
*LEAD ATTORNEY*

**Linda Y. Sroufe**  
(See above for address)  
*LEAD ATTORNEY*

**Plaintiff**

**Donna M. Lewis**  
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**  
(See above for address)  
*LEAD ATTORNEY*

**David M. Wachtel**  
(See above for address)  
*LEAD ATTORNEY*

**Linda Y. Sroufe**  
(See above for address)  
*LEAD ATTORNEY*

**Plaintiff**

**Charles Moncalieri**
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

**David M. Wachtel**
(See above for address)
*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Phyllis Nelson**
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

**David M. Wachtel**
(See above for address)
*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Andy Kubicki**
*individually and on behalf of all others similarly situated*
TERMINATED: 04/24/2006

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

**David M. Wachtel**
(See above for address)
*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Elizabeth Tucker**
*individually and on behalf of all others similarly situated*
TERMINATED: 01/26/2007

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

**David M. Wachtel**
(See above for address)
*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Steven Almendarez**
*individually and on behalf of all others similarly situated*

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

**David M. Wachtel**
(See above for address)
*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Frank J. Martinez**
*individually and on behalf of all others similarly situated*
TERMINATED: 04/24/2006

represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

                    David M. Wachtel
                    (See above for address)
                    *LEAD ATTORNEY*

                    Linda Y. Sroufe
                    (See above for address)
                    *LEAD ATTORNEY*

**Plaintiff**

Kelly L. Martinez            represented by **David L. Rose**
*individually and on behalf of all others similarly situated*    (See above for address)
                    *LEAD ATTORNEY*

                    **David M. Wachtel**
                    (See above for address)
                    *LEAD ATTORNEY*

                    **Linda Y. Sroufe**
                    (See above for address)
                    *LEAD ATTORNEY*

**Plaintiff**

Kevin McQuillan            represented by **David L. Rose**
*individually and on behalf of all others similarly situated*    (See above for address)
                    *LEAD ATTORNEY*

                    **David M. Wachtel**
                    (See above for address)
                    *LEAD ATTORNEY*

                    **Linda Y. Sroufe**
                    (See above for address)
                    *LEAD ATTORNEY*

**Plaintiff**

Kenneth G. Mutchler          represented by **David L. Rose**
*individually and on behalf of all others similarly situated*    (See above for address)
                    *LEAD ATTORNEY*

                    **David M. Wachtel**
                    (See above for address)
                    *LEAD ATTORNEY*

                    **Linda Y. Sroufe**
                    (See above for address)
                    *LEAD ATTORNEY*

**Plaintiff**

George Robertson           represented by **David L. Rose**
*individually and on behalf of all others similarly situated*    (See above for address)
                    *LEAD ATTORNEY*

                    **David M. Wachtel**
                    (See above for address)
                    *LEAD ATTORNEY*

                    **Linda Y. Sroufe**
                    (See above for address)
                    *LEAD ATTORNEY*

**Plaintiff**

Nancy Thompics           represented by **David L. Rose**
*individually and on behalf of all others similarly situted*    (See above for address)
                    *LEAD ATTORNEY*

                    **David M. Wachtel**
                    (See above for address)

*LEAD ATTORNEY*

**Linda Y. Sroufe**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**John Demaio**             represented by **David L. Rose**
(See above for address)
*LEAD ATTORNEY*

V.
**Defendant**
**Federal Express Corporation**      represented by **Christopher Carlsen**
The Chrysler Building
405 Lexington Avenue
New York, NY 100
(212) 710-3900
Fax: (212) 710-3950
Email: christopher.carlsen@clydeco.us
*LEAD ATTORNEY*

**Edward J. Efkeman**
FedEx Express Legal Department
3620 Hacks Cross Road
Building B
Thrid Floor
Memphis, TN 38125
(901) 434-8555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W. Southerland**
3620 Hacks Cross Road
Building B
3rd Floor
Memphis, TN 38125
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2002 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 437780. (dle) (Entered: 05/02/2002) |
| 04/30/2002 | | Magistrate Judge Ronald L. Ellis is so designated. (dle) (Entered: 05/02/2002) |
| 06/03/2002 | 2 | WAIVER OF SERVICE of S&C returned executed as to Federal Express mailed on 5/17/02. Answer due on 7/16/02 for Federal Express. (sac) (Entered: 06/11/2002) |
| 07/18/2002 | 3 | RULE 1.9 CERTIFICATE filed by Federal Express . (sb) (Entered: 07/19/2002) |
| 07/18/2002 | 4 | NOTICE OF MOTION by Federal Express for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable attorneys' fees for having to bring this motion and defend this frivolous lawsuit . No Return Date. (sb) (Entered: 07/19/2002) |
| 07/18/2002 | 5 | MEMORANDUM OF LAW by Federal Express in support of [4-1] motion for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable attorneys' fees for having to bring this motion and defend this frivolous lawsuit . (sb) (Entered: 07/19/2002) |
| 07/18/2002 | 6 | AFFIRMATION of Traycee Ellen Klein by Federal Express in Support of [4-1] motion for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable fees for having to bring this motion and defend this frivolous lawsuit . (sb) (Entered: 07/19/2002) |
| 08/01/2002 | 7 | JOINT STIPULATION and ORDER EXTENDING TIME FOR RESPONSES, that the date for the plaintiff's to file their opposition to the [4-1] motion of defendant to dismiss the Complaint shall be extended to and including 8/6/02 , and, that the time for defendant's reply brief shall be extended to and including 8/20/02 . ( signed by Judge Lawrence M. McKenna ) (tp) (Entered: 08/05/2002) |

| 08/06/2002 | 8 | MEMORANDUM OF LAW by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics in opposition to [4-1] motion for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable attorneys' fees for having to bring this motion and defend this frivolous lawsuit . (sac) (Entered: 08/12/2002) |
|---|---|---|
| 08/13/2002 | 9 | NOTICE OF MOTION by Federal Express for an Order, pursuant to Local Rule 1.3(c) granting Carl K. Morrison admission to appear pro hac vice on behalf of defendant FedEx Corp. . Return Date not indicated. Affirmation of Traycee Ellen Klein is attached. (tp) (Entered: 08/15/2002) |
| 08/13/2002 | 10 | AFFIDAVIT of Carl K. Morrison by Federal Express in support of [9-1] motion for an Order, pursuant to Local Rule 1.3(c) granting Carl K. Morrison admission to appear pro hac vice on behalf of defendant FedEx Corp. (tp) (Entered: 08/15/2002) |
| 08/14/2002 | 11 | NOTICE of FILING of signed Declaration of George Robertson by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics . (sb) (Entered: 08/16/2002) |
| 08/14/2002 | 12 | DECLARATION of George Robertson by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics. (sb) (Entered: 08/16/2002) |
| 08/16/2002 | 13 | ORDER granting defendant's [9-1] motion for the admission pro hac vice of Carl K. Morrison to appear on behalf of Federal Express Corp.. ( signed by Judge Lawrence M. McKenna ); Copies mailed. Document sent to attorney admissions clerk. (dle) Modified on 08/19/2002 (Entered: 08/19/2002) |
| 08/21/2002 | 14 | REPLY MEMORANDUM by Federal Express in support re: [4-1] motion for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable attorneys' fees for having to bring this motion and defend this frivolous lawsuit . (gf) (Entered: 08/26/2002) |
| 08/21/2002 | 15 | SUPPLEMENTAL DECLARATION of Carl K. Morrison by Federal Express Re: [4-1] motion for an Order dismissing the Complaint in its entirety purs. to Rule 12(b) of the FRCP and awarding Defendant its costs, disbursements and reasonable attorneys' fees for having to bring this motion and defend this frivolous lawsuit . (gf) (Entered: 08/26/2002) |
| 08/23/2002 | 16 | Letter filed by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics addressed to Clerk of Court from David L. Rose, dated 8/22/02, re: Defendant's pending Motion to Dismiss. (sb) (Entered: 08/28/2002) |
| 08/29/2002 | 17 | Memo endorsed on motion; granted. Mr. David L. Rose is admitted pro hac vice . ( signed by Judge Lawrence M. McKenna ); Copies mailed. (Sent to the Attorney Admissions Clerk). (kw) (Entered: 09/04/2002) |
| 10/09/2002 | 18 | ORDER; For the reasons set forth in this order the court grants Federal Express's [4-1] motion for an Order dismissing the plaintiffs' ADEA claims, without leave to replead. Because the Court dismissed plaintiffs' federal claims, it declines to exercise jurisdiction over plaintiffs state law claims. Complaint dismissed. ( signed by Judge Lawrence M. McKenna ); Copies mailed to counsel. Document sent to judgment clerk. (dle) Modified on 10/23/2002 (Entered: 10/15/2002) |
| 10/23/2002 | 19 | JUDGMENT. ORDERED, ADJUDGED AND DECREED: that for the reasons stated in the Court's Memorandum and Order dtd 10/8/02, deft's motion to dismiss pltff's ADEA claims is hereby granted without leave to replead and the Court declines to exercise jurisdiction over the state law claims. ( Signed by James M. Parkison, Clerk of Court ); Mailed copies and notice of right to appeal. Entered On Docket: 10/25/02. (kg) (Entered: 10/25/2002) |
| 10/23/2002 |  | Case closed. (kg) (Entered: 11/04/2002) |
| 10/24/2002 | 20 | NOTICE OF MOTION by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics to alter or amend the Memorandum and Order of 10/9/02 . No Return Date. (gq) (Entered: 10/31/2002) |
| 10/24/2002 | 21 | MEMORANDUM OF LAW by Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Phyllis Nelson, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics in support of [20-1] motion to alter or amend the Memorandum and Order of 10/9/02. (gq) (Entered: 10/31/2002) |
| 11/07/2002 | 22 | RESPONSE by Federal Express to [20-1] motion to alter or amend the Memorandum and Order of 10/9/02 (db) (Entered: 11/14/2002) |
| 11/19/2002 | 23 | REPLY MEMORANDUM by Paul Holowecki, et al. in support re: [20-1] motion to alter or amend the Memorandum and Order of 10/9/02 (sac) (Entered: 11/21/2002) |

| | | |
|---|---|---|
| 05/04/2004 | 24 | ORDER re: [20] Motion to Amend/Correct filed by Phyllis Nelson, Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics. Motion denied. So Ordered. (Signed by Judge Lawrence M. McKenna on 5/4/04) (jco, ) (Entered: 05/05/2004) |
| 06/04/2004 | 25 | NOTICE OF APPEAL from [24] Order,. Document filed by Steven Almendarez, Paul Holowecki, Patricia Kennedy, Andy Kubicki, Donna M. Lewis, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Charles Moncalieri, Kenneth G. Mutchler, Phyllis Nelson, George Robertson, Nancy Thompics, Elizabeth Tucker. Filing fee $ 255.00, receipt number E511815. Copies of Notice of Appeal mailed to Attorney(s) of Record: Carl Morrison, Esq.. (dt, ) (Entered: 06/14/2004) |
| 06/14/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [25] Notice of Appeal,. (dt, ) (Entered: 06/14/2004) |
| 06/14/2004 | | Transmission of Notice of Appeal to the District Judge re: [25] Notice of Appeal,. (dt, ) (Entered: 06/14/2004) |
| 09/14/2004 | 26 | USCA SCHEDULING ORDER as to [25] Notice of Appeal, filed by Phyllis Nelson, Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics USCA Case Number 04-3376-cv. Roseann B. MacKechnie, Clerk USCA. Certified: 8/30/04. Appeal Record due by 10/5/2004. Appellant Brief due by 10/12/2004. Appellee Brief due by 11/12/2004. (tp, ) (Entered: 09/14/2004) |
| 09/14/2004 | | USCA Case Number 04-3376-cv from the U.S.C.A. 2nd Cir. assigned to [25] Notice of Appeal, filed by Phyllis Nelson, Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics. (tp, ) (Entered: 09/14/2004) |
| 11/03/2004 | 27 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [25] Notice of Appeal, filed by Phyllis Nelson, Paul Holowecki, Patricia Kennedy, Donna M. Lewis, Charles Moncalieri, Andy Kubicki, Elizabeth Tucker, Steven Almendarez, Frank J. Martinez, Kelly L. Martinez, Kevin McQuillan, Kenneth G. Mutchler, George Robertson, Nancy Thompics USCA Case Number 04-3376-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (pr, ) (Entered: 11/03/2004) |
| 08/25/2005 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for [25] Notice of Appeal, filed by Phyllis Nelson,, Paul Holowecki,, Patricia Kennedy,, Donna M. Lewis,, Charles Moncalieri,, Andy Kubicki,, Elizabeth Tucker,, Steven Almendarez,, Frank J. Martinez,, Kelly L. Martinez,, Kevin McQuillan,, Kenneth G. Mutchler,, George Robertson,, Nancy Thompics, USCA Case Number 04-3376-cv, were transmitted to the U.S. Court of Appeals.Files sent to USCA on 8/27/2005. (nd, ) (Entered: 08/25/2005) |
| 03/15/2006 | 28 | NOTICE OF CASE REASSIGNMENT to Judge Michael B. Mukasey. Judge Lawrence M. McKenna no longer assigned to the case. (lb, ) (Entered: 03/16/2006) |
| 03/15/2006 | | Mailed notice to the attorney(s) of record. (lb, ) (Entered: 03/16/2006) |
| 04/24/2006 | 29 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P.: Plaintiff Andy Kubicki gives notice that he is hereby dismissed from this matter without prejudice purs. to Rule 41 of the FRCP. (Signed by Judge Michael B. Mukasey on 4/21/06) (dle, ) (Entered: 04/24/2006) |
| 04/24/2006 | 30 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P.: Plaintiff, Frank Martinez, gives notice that he is hereby dismissed from this matter without prejudice purs. to Rule 41 of the FRCP. (Signed by Judge Michael B. Mukasey on 4/21/06) (dle, ) (Entered: 04/24/2006) |
| 11/27/2006 | 31 | MANDATE of USCA (Certified Copy) as to [25] Notice of Appeal, filed by Phyllis Nelson,, Paul Holowecki,, Patricia Kennedy,, Donna M. Lewis,, Charles Moncalieri,, Andy Kubicki,, Elizabeth Tucker,, Steven Almendarez,, Frank J. Martinez,, Kelly L. Martinez,, Kevin McQuillan,, Kenneth G. Mutchler,, George Robertson,, Nancy Thompics, USCA Case Number 04-3376-cv. Ordered, Adjudged and Decreed that the judgment of the District Court is REVERSED in part, VACATED in part, and REMANDED for further proceedings in accordance with the opinion of this court. Thomas Asreen, Clerk USCA. Issued As Mandate: 11/22/2006. (nd, ) (Entered: 11/27/2006) |
| 11/27/2006 | | Transmission of USCA Mandate/Order to the District Judge re: 31 USCA Mandate,. (nd, ) (Entered: 11/27/2006) |
| 11/27/2006 | | Costs Taxed as to 31 USCA Mandate,, USCA Case Number 04-3376-cv. in the amount of $1989.52. Docketed as Judgment #06,2515 on 11/29/2006 in favor of Holowecki, et al against Federal Express. (nd, ) (Entered: 11/29/2006) |
| 12/06/2006 | 32 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Michael B. Mukasey is no longer assigned to the case. (lb, ) (Entered: 12/07/2006) |
| 12/06/2006 | | Mailed notice to the attorney(s) of record. (lb, ) (Entered: 12/07/2006) |
| 12/08/2006 | 33 | NOTICE OF COURT CONFERENCE; Conference set for 12/15/06, at the U.S. Courthouse, 500 Pearl Street, New York, NY in Courtroom 14-B at 3:00 p.m. (Signed by Judge Jed S. Rakoff on 12/8/06) (ae, ) (Entered: 12/11/2006) |
| 12/15/2006 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Interim Pretrial Conference held on 12/15/06. The court scheduled another conference for 12/20/06 at 11:30 a.m. (ae, ) (Entered: 01/09/2007) |

| | | |
|---|---|---|
| 12/21/2006 | 34 | CIVIL CASE MANAGEMENT PLAN: Discovery due by 5/11/2007. Final Pretrial Conference set for 6/11/2007 04:00 PM before Judge Jed S. Rakoff. Ready for Trial by 6/11/2007. (Signed by Judge Jed S. Rakoff on 12/20/2006) (jmi, ) (Entered: 12/22/2006) |
| 01/26/2007 | 35 | NOTICE of Voluntary Dismissal; that plaintiff Elizabeth Tucker, gives notice that she is hereby dismissed from this matter without prejudice pursuant to Rule 41 of the F.R.C.P. (Signed by Judge Jed S. Rakoff on 1/24/07) (pl) (Entered: 01/29/2007) |
| 02/12/2007 | 36 | CONSENT TO JOIN ACTION. Document filed by John Demaio.(ae) (Entered: 02/27/2007) |
| 03/05/2007 | 37 | MOTION for Edward J. Efkeman to Appear Pro Hac Vice. Affidavit of Christopher Carlsen, Esq. and Affidavit of Edward J. Efkeman, Esq. included. Document filed by Federal Express Corporation.(jar) (Entered: 03/06/2007) |
| 03/06/2007 | | CASHIERS OFFICE REMARK on [37] Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/05/2007, Receipt Number 607828. (jd) (Entered: 03/06/2007) |
| 03/09/2007 | 38 | ORDER granting [37] Motion for Edward J. Efkeman to Appear Pro Hac Vice. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/9/2007) (jar) (Entered: 03/14/2007) |
| 04/04/2007 | 39 | MOTION for an Order, purs. to Local Civil Rule 1.3(c) for Thomas W. Southerland to Appear Pro Hac Vice. Document filed by Federal Express Corporation.(tro) (Entered: 04/05/2007) |
| 04/13/2007 | | CASHIERS OFFICE REMARK on [39] Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/04/2007, Receipt Number 610827. (jd) (Entered: 04/13/2007) |
| 05/04/2007 | 40 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Sever *Notice of Motion to Sever Trials*. Document filed by Federal Express Corporation.(Carlsen, Christopher) Modified on 5/7/2007 (lb). (Entered: 05/04/2007) |
| 05/04/2007 | 41 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION for Summary Judgment *Notice of Motion for Summary Judgment*. Document filed by Federal Express Corporation.(Carlsen, Christopher) Modified on 5/7/2007 (lb). (Entered: 05/04/2007) |
| 05/07/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Christopher Carlsen to MANUALLY RE-FILE Document MOTION to Sever Notice of Motion to Sever Trials and MOTION for Summary Judgment, Document No. 40-41. This case is not ECF. (lb) (Entered: 05/07/2007) |
| 05/31/2007 | 42 | Order Admitting Thomas W. Southerland, Esq. pro hac vice: purs. to Local Rule 1.3(c) of the Local Rules of the USDC/SDNY, Thomas W. Southerland, Esq. is hereby admitted pro hac vice to the bar of this court for the purposes of representing dft Federal Express Corporation in this litigation. (Signed by Judge Jed S. Rakoff on 5/29/07) (dle) (Entered: 06/04/2007) |
| 05/31/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: [42] Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. (dle) (Entered: 06/04/2007) |
| 06/08/2007 | 43 | ANSWER to Complaint. Document filed by Federal Express Corporation.(jar) (Entered: 06/11/2007) |
| 06/19/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Telephone Conference held on 6/19/2007. (tro) (Entered: 06/28/2007) |
| 06/25/2007 | 44 | ORDER PLACING CASE ON SUSPENSE: The Supreme Court having recently granted a Petition for Writ of Certiorari in this matter, the Clerk of the Court is hereby directed to place this case on the Court's suspense docket. (Signed by Judge Jed S. Rakoff on 6/20/2007) (jpo) (Entered: 06/28/2007) |
| 07/25/2007 | | Appeal Record Returned. Indexed record on Appeal Files for Transmission of USCA Mandate/Order to District Judge, 31 USCA Mandate,, Appeal Record Sent to USCA - File, USCA Case Number 04-3376, returned from the U.S. Court of Appeals. (dt) (Entered: 08/07/2007) |