```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PAUL HOLOWECKI, et al.                :
                                      :
            Plaintiff(s)              :
                                      :
        -v-                           :    02 Civ. 3355(JSR)
                                      :
FEDERAL EXPRESS CORPORATION           :         ORDER
                                      :
                                      :
            Defendant(s)              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

     On June 20, 2007, this Court issued an Order placing this case on its suspense docket, see Court document number 44, as the Supreme Court of the United States had issued a Petition for Writ of Certiorari. On April 9, 2008, the case was returned to this Court from the Supreme Court of the United States. On July 7, 2008, this Court held a conference to schedule further proceedings in this case.

     Accordingly, the Clerk of the Court is hereby directed to removed this case from the Court's suspense docket and return it to the Court's active docket.

     SO ORDERED.

                                                              _Jed S. Rakoff_
                                                              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-17-08

-1-